UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PATRICK OWEN MADSEN,<br><br>                     Petitioner,<br>    v.<br>RENEE BAKER, *et al.*,<br><br>                     Respondents. | Case No. 3:14-cv-00573-MMD-WGC<br><br>ORDER |

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner. The briefing on the petitioner was completed on August 19, 2016, by petitioner's filing of his traverse. (ECF No. 29.) The petition will be reviewed in the order of petitions filed. Accordingly, petitioner's two motions requesting evidence from the state (ECF Nos. 30, 32) are denied.

DATED THIS 29th day of September 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE